HENNIGAN, BENNETT & DORMAN LLP
BRUCE BENNETT (SBN 105430)
bennettb@hbdlawyers.com
MONIKA WIENER (SBN 211467)
wienerm@hbdlawyers.com
MICHAEL SCHNEIDEREIT (SBN 234956)
schneidereitm@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Rassol, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:09-bk-42717-BR |
| WALL STREET MART, L.P., | Chapter 11 |
| Debtor. | |
| | |
| WALL STREET MART L.P., | Adversary No. 2:10-ap 001950-BR |
| Plaintiff, | **DECLARATION OF MONIKA WIENER IN SUPPORT OF RASSOL, LLC'S MOTION FOR SUMMARY JUDGMENT ON ADVERSARY COMPLAINT** |
| vs. | |
| RASSOL, LLC, | |
| Defendant. | |
| | Hearing |
| | Date: [TBD] |
| | Time: [TBD] |
| | Place: Courtroom 1668 |
| |         255 East Temple St. |
| |         Los Angeles, CA 90012 |

Declaration Of Monika Wiener In Support Of Rassol, LLC's
Motion For Summary Judgment

iManage\1612320.1

# DECLARATION OF MONIKA WIENER

I, Monika Wiener, declare and state as follows:

1. I am an attorney at the law firm of Hennigan, Bennett & Dorman LLP, counsel of record for defendant Rassol, LLC ("Rassol") in this adversary proceeding. I submit this declaration in support of Rassol's "Motion for Summary Judgment on Adversary Complaint" (the "Motion"). I know personally the facts set forth herein and could and would competently testify thereto if called and sworn as a witness.

2. Attached hereto as Exhibit 1 is a true and correct copy of that certain Borrower's Final Settlement Statement dated December 20, 2005, as provided to Rassol by Jeffer Mangels Butler & Mitchell, LLP, ("Jeffer Mangels"), counsel to the Plaintiff, on May 24, 2010.

3. Attached hereto as Exhibit 2 is a true and correct copy of that certain Loan Agreement dated as of December 19, as provided to Rassol by Jeffer Mangels on May 24, 2010.

4. Attached hereto as Exhibit 3 is a true and correct copy of that certain Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of December 19, 2005 by Culver Marina, Watt Leed, McConnel Marina and Buckingham Heights to Chicago Title Company for the benefit of Countrywide, as provided to Rassol by Jeffer Mangels on May 24, 2010.

5. Attached hereto as Exhibit 4 is a true and correct copy of that certain Limited Liability Company Resolution to Grant Collateral dated June 15, 2007, as provided to Rassol by Jeffer Mangels on June 21, 2010.

6. Attached hereto as Exhibit 5 is a true and correct copy of that certain Agreement to Provide Insurance dated June 15, 2007, as provided to Rassol by Jeffer Mangels on June 21, 2010.

7. Attached hereto as Exhibit 6 is a true and correct copy of that certain Collateral Assignment of Deed of Trust dated June 15, 2007, as provided to Rassol by Jeffer Mangels on June 21, 2010.

8. Attached hereto as Exhibit 7 is a true and correct copy of that certain Seller's Settlement Statement for the sale of the S. LaBrea property, closing date 8/28/08, as provided to Rassol by Jeffer Mangels on May 24, 2010.

1   9. Attached hereto as Exhibit 8 is a true and correct copy of the Balance Sheet for Labcog LLC as of December 31, 2007, as provided to Rassol by Jeffer Mangels on May 24, 2010.

10. Attached hereto as Exhibit 9 is a true and correct copy of the General Ledger for Wall Street Mart as of December 31, 2008, as provided to Rassol by Jeffer Mangels on May 24, 2010.

11. Attached hereto as Exhibit 10 is a true and correct print-out from the Bloomberg Finance service showing the weighted average market capitalization of the S&P 500 index between August 22, 2008 and December 22, 2008.

12. Attached hereto as Exhibit 11 is a true and correct copy of an accounting of the Namco claim prepared by LECG, showing transactions between Namco and Wall Street, as provided to Rassol by Jeffer Mangels on March 10, 2010.

13. Attached hereto as Exhibit 12 is a true and correct copy of the General Ledger for Buckingham Heights as of December 31, 2008, as provided to Rassol by Jeffer Mangels in October of 2009.

14. Attached hereto as Exhibit 13 is a true and correct copy of the General Ledger for McConnell Marina as of December 31, 2008, as provided to Rassol by Jeffer Mangels in October of 2009.

15. Attached hereto as Exhibit 14 is a true and correct copy of the General Ledger for Watt Leed as of December 31, 2008, as provided to Rassol by Jeffer Mangels in October of 2009.

16. Attached hereto as Exhibit 15 is a true and correct copy of the General Ledger for Culver Marina as of December 31, 2008, as provided to Rassol by Jeffer Mangels in October of 2009.

17. Attached hereto as Exhibit 16 is a true and correct copy of the Balance Sheet for Wall Street as of December 31, 2008, as provided to Rassol by Jeffer Mangels on May 24, 2010.

18. Attached hereto as Exhibit 17 is a true and correct copy of the Balance Sheet for Buckingham Heights as of December 31, 2007, as provided to Rassol by Jeffer Mangels in October of 2009.

Declaration Of Monika Wiener In Support Of Rassol, LLC's
Motion For Summary Judgment

19. Attached hereto as Exhibit 18 is a true and correct copy of the Balance Sheet for McConnell Marina as of December 31, 2007, as provided to Rassol by Jeffer Mangels Butler & Mitchell, LLP in October of 2009.

20. Attached hereto as Exhibit 19 is a true and correct copy of the Balance Sheet for Watt Leed as of December 31, 2007, as provided to Rassol by Jeffer Mangels in October of 2009.

21. Attached hereto as Exhibit 20 is a true and correct copy of the Balance Sheet for Culver Marina as of December 31, 2007, as provided to Rassol by Jeffer Mangels in October of 2009.

22. Attached hereto as Exhibit 21 is a true and correct copy of the Balance Sheet for Buckingham Heights as of December 31, 2008, as provided to Rassol by Jeffer Mangels in October of 2009.

23. Attached hereto as Exhibit 22 is a true and correct copy of the Balance Sheet for McConnell Marina as of December 31, 2008, as provided to Rassol by Jeffer Mangels in October of 2009.

24. Attached hereto as Exhibit 23 is a true and correct copy of the Balance Sheet for Watt Leed as of December 31, 2008, as provided to Rassol by Jeffer Mangels in October of 2009.

25. Attached hereto as Exhibit 24 is a true and correct copy of the Balance Sheet for Culver Marina as of December 31, 2008, as provided to Rassol by Jeffer Mangels in October of 2009.

26. Attached hereto as Exhibit 25 are true and correct copies of Wall Street's Profit and Loss Statements for 2008 and 2009, as provided to Rassol by Jeffer Mangels in October of 2009.

27. Attached hereto as Exhibit 26 is a true and correct copy of the General Ledger for Wall Street Mart as of December 31, 2005 as provided to Rassol by Jeffer Mangels on May 24, 2010.

28. Attached hereto as Exhibit 27 is a true and correct copy of the General Ledger for Buckingham Heights as of December 31, 2005 as provided to Rassol by Jeffer Mangels in October of 2009.

Case 2:10-ap-01950-BR    Doc 9    Filed 08/24/10    Entered 08/24/10 12:42:14    Desc
Main Document    Page 5 of 5

1    29.    Attached hereto as Exhibit 28 is a true and correct copy of the General Ledger for Culver Marina as of December 31, 2005 as provided to Rassol by Jeffer Mangels in October of 2009.

30.    Attached hereto as Exhibit 29 is a true and correct copy of the General Ledger for McConnell Marina as of December 31, 2005 as provided to Rassol by Jeffer Mangels in October of 2009.

31.    Attached hereto as Exhibit 30 is a true and correct copy of the General Ledger for Watt Leed as of December 31, 2005 as provided to Rassol by Jeffer Mangels in October of 2009.

I declare that the foregoing is true and correct to the best of my knowledge. Executed this 24th day of August, 2010 in Los Angeles, California.

By: _____
Monika S. Wiener

Declaration Of Monika Wiener In Support Of Rassol, LLC's
Motion For Summary Judgment